**Deny and Opinion Filed July 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00442-CV**

**IN RE STEVEN D. CATHCART, Relator**

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 98750-422**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

Steven D. Cathcart has filed a petition seeking a writ of mandamus to compel the trial court to set for trial his pending constitutional tort case. As the party seeking relief, relator bears the burden to provide the Court with a sufficient record to establish his right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Relator establishes a right to relief by showing that the trial court clearly abused its discretion and that relator lacks an appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)).

In this case, relator has failed to certify his petition. *See* TEX. R. APP. P. 52.3(j). He has also failed to provide a record of certified or sworn documents to support his petition. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a).

Based on our review of the mandamus record and the petition for writ of mandamus, we conclude relator has failed to demonstrate that the trial court has clearly abused its discretion. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

220442F.P05